UNITED STATES v. WOLFF et al.

(Circuit Court, S. D. New York. March 1, 1898.)

CUSTOMS DUTIES—CLASSIFICATION—SHEET STEEL.

    Sheet steel in strips, cold rolled, valued at less than four cents a pound, was dutiable under paragraph 122 of the act of August 27, 1894, according to par value per pound, and not under paragraph 124.

This was an application to review a decision of the board of general appraisers reversing a decision of the collector of the port of New York in regard to the classification for duties under the act of August 27, 1894, of certain merchandise. The board found that it was "sheet steel in strips, cold rolled, valued at less than 4 cents per pound," and dutiable under paragraph 122, according to value per pound.

J. T. Van Rensselaer, for the United States.

W. Wickham Smith, for importers.

TOWNSEND, District Judge (orally). The decision of the board of general appraisers sustaining the protest of the importers is affirmed. The contention of the counsel for the United States that in paragraph 124 of the act of 1894 the words "and all the foregoing manufactures of iron or steel of whatever shape or form valued above four cents per pound" shall be interpreted as though printed in brackets, and thereby so limited as not to apply to any of the foregoing articles except round iron or steel wire, would violate the settled rules of statutory construction.